PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Steven Eugene Buhmann**

**Docket No. 0:02CR00124-2(DSD)**

**Petition on Supervised Release**

COMES NOW **DeeDee Thaisen**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Steven Eugene Buhmann** who was sentenced on October 3, 2002, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug testing and treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On August 27, 2004, and September 1, 2004, Mr. Buhmann submitted urine specimens which tested positive for the use of marijuana. On August 28, 2004, Mr. Buhmann was placed on weekly drug testing per the District of Minnesota's code-a-phone testing system. In August 2004, Mr. Buhmann started outpatient substance abuse counseling through Fairview Clinic in Crystal, Minnesota. On November 17, 2004, he was terminated from counseling due to lack of involvement and poor attendance. On October 29 and November 15, 2004, Mr. Buhmann failed to submit to urine testing as directed.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 25 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 24th day of Nov., 2004, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

Respectfully,

DeeDee Thaisen
U.S. Probation Officer

Place Minneapolis
Date November 23, 2004

SCANNED
NOV 2 4 2004
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission