PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Steven Eugene Buhmann**

**Docket No. 0:02CR00124-2(DSD)**

**Petition on Supervised Release**

COMES NOW **DeeDee Thaisen**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Steven Eugene Buhmann** who was sentenced for Distribution in Excess of 50 Grams of a Mixture Containing a Detectable Amount of Methamphetamine on October 3, 2002, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug treatment program, mandatory drug testing, and no firearms, dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On January 3, 2005, Mr. Buhmann submitted a urine specimen which tested positive for the use of marijuana. Additionally, on November 19 and 22, 2004; December 3, 2004; and January 14 and 28, 2005, Mr. Buhmann failed to submit to urine testing as directed. On January 31, 2005, Mr. Buhmann was to begin counseling but reported for group under the influence of alcohol. He admitted to having consumed alcohol prior to group.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

- The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall be personally responsible for 50 percent of the costs of electronic monitoring.
- The defendant shall abstain from the use of alcohol and other intoxicants.

ORDER OF THE COURT

Considered and ordered this 11th day of Feb., 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

DeeDee Thaisen
U.S. Probation Officer

Executed on February 10, 2005
Place Minneapolis

SCANNED
FEB 14 2005
U.S. DISTRICT COURT MPLS