PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Steven Eugene Buhmann**

**Docket No. 0:02CR00124-002(DSD)**

**Petition on Supervised Release**

COMES NOW **DeeDee Thaisen**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Steven Eugene Buhmann** who was sentenced for Distribution in Excess of 50 Grams of a Mixture Containing a Detectable Amount of Methamphetamine on October 3, 2002, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participation in drug treatment program
Mandatory drug testing
No firearms or other dangerous weapons
25 hours of community work service (modified on November 24, 2004)
90 days home detention with electronic monitoring (modified on February 11, 2005)
Abstinence from alcohol and other intoxicants (modified on February 11, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On February 11, March 7, and March 29, 2005, Mr. Buhmann failed to submit to drug testing per the District of Minnesota's code-a-phone system. Additionally, he was terminated from a second outpatient drug treatment program on March 17, 2005, after he failed a breathalyzer test and denied alcohol use but admitted to consuming nearly half of a bottle of cough syrup.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall be personally responsible for 50 percent of the costs of electronic monitoring.

SCANNED
APR 27 2005
U.S. DISTRICT COURT MPLS

The defendant shall be placed on an alcohol detection device until the time he satisfies his home detention program. The defendant shall not be responsible for the costs of the alcohol detection device.

ORDER OF THE COURT

Considered and ordered this 26th day of April, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

DeeDee Thaisen
U.S. Probation Officer

Executed on April 25, 2005
Place Minneapolis

c: United States Sentencing Commission