Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Steven Eugene Buhmann

Docket No. 0:02CR00124-2(DSD)

# HEARING WAIVER

I, Steven Eugene Buhmann, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following:

> The defendant shall participate for a period of 30 days in a home detention program which may include electronic monitoring. The defendant shall be personally responsible for 50 percent of the costs of electronic monitoring.
>
> The defendant shall be placed on a alcohol detection device until the time he satisfies his home detention program. The defendant shall not be responsible for the costs of the alcohol detection device.

Signed:

Steven Eugene Buhmann
Supervised Releasee

Witness:

DeeDee Thaisen
U.S. Probation Officer

Dated: 4-23-05

SCANNED
APR 27 2005
U.S. DISTRICT COURT MPLS