PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Steven Eugene Buhmann**

**Docket No. 0:02CR00124-002(DSD)**

**Petition on Supervised Release**

COMES NOW **DeeDee Thaisen**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Steven Eugene Buhmann** who was sentenced for Distribution in Excess of 50 Grams of a Mixture Containing a Detectable Amount of Methamphetamine on October 3, 2002, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participation in drug treatment program
Mandatory drug testing
No firearms or other dangerous weapons
25 hours of community work service (modified on November 24, 2004)
90 days home detention with electronic monitoring (modified on February 11, 2005)
Abstinence from alcohol and other intoxicants (modified on February 11, 2005)
30 days home detention with electronic monitoring (modified on April 26, 2005)
Alcohol detection device with electronic monitoring (modified on April 26, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants.

SPECIAL CONDITION: The defendant shall be placed on an alcohol detection device until the time he satisfies his home detention program. The defendant shall not be responsible for the costs of the alcohol detection device.

On July 25, 2005, the defendant reported for DNA testing under the influence of alcohol. He submitted a breath test which was positive for the use of alcohol and admitted to consuming alcohol. Following the initial breath test, the defendant refused to submit to additional alcohol testing to determine a blood alcohol concentration, as directed on two separate occasions. Upon further request, he submitted a test on the alcohol detection device, which was positive for the use of alcohol.

STANDARD CONDITION #3: The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer.

On July 25, 2005, the defendant failed to submit to DNA testing as scheduled by this officer. On June 30, 2005, the defendant was directed by letter to submit to DNA testing on July 25, 2005.

SCANNED
AUG 02 2005
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 1st day of August, 2005, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

DeeDee Thaisen
U.S. Probation Officer

Executed on July 29, 2005
Place Minneapolis