**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: JANIE S. MAYERON<br>U.S. Magistrate Judge |
| Plaintiff, | ) | |
| v. | ) | Case No: 02-124(2) (DSD) |
| | ) | Date: August 16, 2005 |
| STEVEN EUGENE BUHMANN, | ) | Court Reporter: |
| | ) | Tape Number: 114-1875/2110 |
| Defendant. | ) | Time Commenced: 11:05 a.m. |
| | ) | Time Concluded: 11:10 a.m. |
| | ) | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Tracy Braun, Assistant U.S. Attorney
Defendant: Kate Menendez, Assistant Federal Public Defender

☐ FPD ☐ CJA ☐ Retained ☒ To Be Appointed

Interpreter / Language: NA

Date Charges Filed: 8/1/05 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☒ Defendant released on current supervised conditions

☒ Preliminary Revocation Hearing Waived

☒ Counsel to contact Judge Doty's chambers for final revocation hearing date and time

Additional Information:

s/Katie Haagenson
Judicial Assistant