AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 02-124(2) DSD

Steven Eugene Buhmann

RECEIVED
05 AUG 17 AM
CLERK, U.S. DIST. COURT
MINNEAPOLIS

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 628B**
**316 North Robert Street**
**St. Paul, MN 55101**

Before: **Honorable Magistrate Judge Janie S. Mayeron**

On: **8/16/05 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson
Jackie Ellingson, Deputy Clerk

Dated: August 2, 2005

RECEIVED
AUG 2 3 14 PM '05
US MARSHALS SERVICE
MPLS., MN

SCANNED
AUG 17 2005
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Kristina M. Haven Date: 8/12/05

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: Work

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______

☐ Returned unexecuted: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 8/12/05
Date

Al Garber
Name of United States Marshal

Kristina M Haven
(by) Deputy United States Marshal

Remarks:
8/12/05 served at 1045AM. 1 DUSM. 20 miles roundtrip. 1 Hour. KH

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure