PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Steven Eugene Buhmann**

**Docket No. 0:02CR00124-002(DSD)**

**Petition on Supervised Release**

RECEIVED
MAR 10 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

COMES NOW **John P. Rayman**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Steven Eugene Buhmann** who was sentenced for Distribution in Excess of 50 Grams of a Mixture Containing a Detectable Amount of Methamphetamine on October 3, 2002, by the Honorable David S. Doty, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participation in drug treatment program
- Mandatory drug testing
- No firearms or other dangerous weapons
- 25 hours of community work service (modified on November 24, 2004)
- 90 days home detention with electronic monitoring (modified on February 11, 2005)
- Abstinence from alcohol and other intoxicants (modified on February 11, 2005)
- 30 days home detention with electronic monitoring (modified on April 26, 2005)
- Alcohol detection device with electronic monitoring (modified on April 26, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

A sweatpatch removed from Mr. Buhmann on February 9, 2006, and returned from the laboratory on February 17, 2006, tested positive for tetrahydrocannabinol (THC).

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of three (3) consecutive weekends in a community corrections center (CCC) as approved by the probation officer and shall observe the rules of that facility. The defendant is to report to the CCC no later than 6:00 p.m. Friday evening on the designated weekends and may be released no earlier than

SCANNED
MAR 10 2006
U.S. DISTRICT COURT MPLS

6:00 a.m. on Monday. The defendant may be released for work and/or community work service as approved by the probation officer. Also, the defendant shall perform 16 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 10th day of March, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
U.S. Probation Officer

Executed on March 9, 2006
Place Minneapolis

c: United States Sentencing Commission