Prob 49

RECEIVED
MAR 10 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Steven Eugene Buhmann

Docket No. 0:02CR00124-002

## HEARING WAIVER

I, Steven Eugene Buhmann, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following:

The defendant shall reside for a period of three (3) consecutive weekends in a community corrections center (CCC) as approved by the probation officer and shall observe the rules of that facility. The defendant is to report to the CCC no later than 6:00 p.m. Friday evening on the designated weekends and may be released no earlier than 6:00 a.m. on Monday. The defendant may be released for work and/or community work service as approved by the probation officer.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

Signed: [signature]

Steven Eugene Buhmann

Witness: [signature]

Dated: 3/9/06

SCANNED
MAR 10 2006
U.S. DISTRICT COURT MPLS