PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
AUG 23 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Steven Eugene Buhmann**

**Docket No. 0:02CR00124-002(DSD)**

**Petition on Supervised Release**

COMES NOW **John P. Rayman**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Steven Eugene Buhmann** who was sentenced for Distribution of Methamphetamine on October 3, 2002, by the Honorable David S. Doty, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participation in drug treatment program
- Mandatory drug testing
- No firearms or other dangerous weapons
- 25 hours of community work service (modified on November 24, 2004)
- 90 days home detention with electronic monitoring (modified on February 11, 2005)
- Abstinence from alcohol and other intoxicants (modified on February 11, 2005)
- 30 days home detention with electronic monitoring (modified on April 26, 2005)
- Alcohol detection device with electronic monitoring (modified on April 26, 2005)
- Serve 3 consecutive weekends in a community corrections center (modified on March 10, 2006)
- Perform 16 hours of community service (modified on March 10, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On August 12, 2006, Mr. Buhmann failed to report for a scheduled drug test.

SCANNED
AUG 23 2006
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 16 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 22nd day of August, 2006, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
U.S. Probation Officer

Executed on August 21, 2006
Place Minneapolis

c: United States Sentencing Commission