PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

RECEIVED
MAY 12 2008
CLERK U.S. DISTRICT COURT

**United States v. Steven Eugene Buhmann**

**Docket No. 0:02CR00124-002(DSD)**

**Petition on Supervised Release**

COMES NOW **JOHN P. RAYMAN**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Steven Eugene Buhmann** who was sentenced for Distribution of Methamphetamine on October 3, 2002, by the Honorable David S. Doty, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participation in drug treatment program
- Mandatory drug testing
- No firearms or other dangerous weapons
- 25 hours of community work service (modified on November 24, 2004)
- 90 days home detention with electronic monitoring (modified on February 11, 2005)
- Abstinence from alcohol and other intoxicants (modified on February 11, 2005)
- 30 days home detention with electronic monitoring (modified on April 26, 2005)
- Alcohol detection device with electronic monitoring (modified on April 26, 2005)
- Serve 3 consecutive weekends in a community corrections center (modified on March 10, 2006)
- Perform 16 hours of community service (modified on March 10, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On May 1, 2008, Mr. Buhmann was kicked out of his sober living program for drinking alcohol. Mr. Buhmann admitted to this officer that he had resumed drinking.

SCANNED
MAY 13 2008
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall reside in a residential re-entry center until the end of his supervised release term on July 22, 2008, as approved by the probation officer and shall observe the rules of that facility. The defendant may be released for purposes of medical and mental health appointments, substance abuse treatment support groups, job seeking, and vocational and/or educational programming. A placement at Volunteers of America is strongly recommended to facilitate access to medical, mental health, and vocational programming.

ORDER OF THE COURT

Considered and ordered this ~~[illegible]~~ 12th day of May, 2008, and ordered filed and made a part of the records in ~~the~~ above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

John P. Rayman
U.S. Probation Officer

Executed on May 8, 2008
Place Minneapolis

c: United States Sentencing Commission