Prob 49

RECEIVED
MAY 12 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Steven Eugene Buhmann

Docket No. 0:02CR00124-002

# HEARING WAIVER

I, Steven Eugene Buhmann, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside in a residential re-entry center until the end of his supervised release term, July 22, 2008, as approved by the probation officer and shall observe the rules of that facility. The defendant may be released for purposes of medical and mental health appointments, substance abuse treatment support groups, job seeking, and vocational and/or educational programming. A placement at Volunteers of America is strongly recommended to facilitate access to medical, mental health, and vocational programming.

Signed: [signature]
Steven Eugene Buhmann

Witness: [signature]

Dated: 5-6-08

RECEIVED
MAY 06 2008
U.S. PROBATION OFFICE
MINNEAPOLIS, MINNESOTA

SCANNED
MAY 13 2008
U.S. DISTRICT COURT MPLS