Prob 35
(Rev 3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Steven Eugene Buhmann,

Defendant.

Docket No. 0:02CR00124-002

On July 23, 2004, the above defendant was placed on supervision for a period of 4 years supervised release. This defendant has a life changing illness and for humanitarian reasons it is recommended that this defendant be discharged from supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 7th day of July, 2008.

s/David S. Doty
Honorable David S. Doty
Senior U.S. District Judge